

# Fourth Court of Appeals
## San Antonio, Texas

March 12, 2014

No. 04-13-00909-CV

**IN THE INTEREST OF N.G.W. ET AL** Children,

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-00066
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

In this accelerated appeal, the appellant's brief was filed on February 11, 2014; the State's brief was due on March 3, 2014. *See* TEX. R. APP. P. 38.6(b). On March 5, 2014, the State filed a first motion for extension of time to file the State's brief and the brief itself.

The State's motion is GRANTED and its brief is deemed timely filed.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of March, 2014.

_____
Keith E. Hottle
Clerk of Court